**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MIQUEAS ISAAC PEREZ PEREZ,
Petitioner,
v.
MARKWAYNE MULLIN, Secretary of Homeland Security, et al.,
Respondents.

Case No.: 3:26-cv-04319-RBM-DDL

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE**

**[Doc. 1]**

On June 29, 2026, in a different case, Petitioner Miqueas Isaac Perez Perez ("Petitioner") filed a habeas corpus petition pursuant to 28 U.S.C. § 2241. *See Perez Perez v. Mullin*, Case No. 3:26-cv-03785-RBM-DDL, ECF No. 1 (S.D. Cal. June 29, 2026). The Court denied that petition, finding that "Petitioner d[id] not present a claim that would entitle him to habeas relief" and that he "fail[ed] to allege any facts that support grounds for relief." *Id.*, ECF No. 2 at 2. The Court authorized Petitioner to file an amended petition on or before August 3, 2026. *Id.* at 3. Rather than file an amended petition, Petitioner filed the instant Petition on July 28, 2026. (Doc. 1.) Because the instant Petition is identical to the previous petition, the Court denies it for the same reasons: Petitioner has not provided enough detail to plausibly allege that Respondents engaged in unlawful conduct.

/ / /

Accordingly, the Petition (Doc. 1) is **DENIED without prejudice**. Petitioner may file an amended petition on or before **November 2, 2026**. The amended petition must be complete in itself and must not reference or incorporate any other prior filings. If Petitioner fails to file an amended petition, or if he again files an identical petition, the Court may enter a final judgment of dismissal.

**IT IS SO ORDERED.**

DATE: October 14, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE